174

**CELANESE CHEMICALS, LTD. (now Sekisui Specialty Chemicals America, LLC), Plaintiff–Appellee,**

v.

**E.I. DUPONT DE NEMOURS & COMPANY and Chang Chun Petrochemical Co., Ltd., Defendants–Appellants,**

v.

**United States, Defendant–Appellee.**

No. 2009–1165.

United States Court of Appeals, Federal Circuit.

Dec. 23, 2009.

Gracia M. Berg, Gibson, Dunn & Crutcher LLP, of Washington, DC, argued for plaintiff-appellee. With her on the brief were Daniel J. Plaine and Zia C. Oatley. Of counsel was Oleh Vretsona.

Alexander H. Schaefer, Crowell & Moring LLP, of Washington, DC, argued for defendants-appellants. With him on the brief were Matthew P. Jaffe, and Jeffrey L. Snyder.

Mary Jane Alves, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for defendant-appellee. With her on the brief were James M. Lyons, General Counsel, and Neal J. Reynolds, Assistant General Counsel for Litigation.

NEWMAN, BRYSON, and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.